# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON MARIPOSA, LLC, | Case No.: CV 20-6936-DMG (SKx) |
| Plaintiff, | **JUDGMENT [55]** |
| vs. | |
| WEST AMERICAN INSURANCE COMPANY and DOES 1 to 100, | |
| Defendants. | |

On February 14, 2022, the Court issued an order granting West American's Motion for Partial Summary Judgment in its entirety.  [See Doc. # 52.]  In light of the Court's ruling on the partial summary judgment motion, Plaintiff cannot maintain its cause of action for breach of the obligation of good faith against West American in this action.

Accordingly, the Court hereby ENTERS JUDGMENT in favor of West American and against Plaintiff.  Plaintiff shall take nothing, the action is dismissed on the merits and West American may recover its costs.

DATED:  March 9, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE